FILED

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0356

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0356

FILED

OCT 1 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

IN THE MATTER OF THE AUTHORIZATION
OF A RETIRED JUDGE TO ADMINISTER            O R D E R
AN OATH OF OFFICE

_____

The Honorable Katherine R. Curtis, Retired District Judge, having retired under the judges' retirement system as provided by law and having requested authorization to administer the oath of office to incoming Eleventh Judicial District Court Judge Danni Coffman,

IT IS ORDERED that the Honorable Katherine R. Curtis is hereby called to duty as a district judge to administer the oath of office to Danni Coffman on October 29, 2022. Judge Curtis shall not be compensated for administering the oath.

This Order is entered by the Chief Justice pursuant to Article VII of the Constitution of the State of Montana and statutes enacted in conformity therewith and in implementation thereof.

The Clerk of Court is directed to mail a copy of this Order to the Honorable Katherine R. Curtis.

DATED this 11 day of October, 2022.

For the Court,

_____
Chief Justice